Writ refused. On the issues raised and decided by the Court of Appeal, there appears no error of law in its judgment.

SUMMERS, J., is of the opinion the writ should be granted.

■

231 So.2d 393

**COLONIAL PIPELINE COMPANY**

**v.**

**Ashton J. MOUTON, Collector of Revenue.**

No. 50342.

Feb. 27, 1970.

In re: Ashton J. Mouton, Collector of Revenue, applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 218 So. 2d 323; 228 So.2d 718.

Writ refused. There is no error of law in the judgment.

231 So.2d 393

**Albert LeMAY, Jr. and Frances Calderone LeMay**

**v.**

**GENERAL ACCIDENT FIRE & LIFE ASSURANCE CORPORATION, Ltd., et al.**

No. 50343.

Feb. 27, 1970.

In re: Albert LeMay, Jr. and Frances Calderone LeMay applying for certiorari,

or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 228 So.2d 713.

The application is denied. According to the facts, as stated to be by the Court of Appeal, the result reached by the Court is correct.